**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: January 14, 2010**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-35262 |
|---|---|
| JOHN JACKSON JR. | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

ORDER DISMISSING CASE       T1XX7X

The Chapter 13 Trustee reporting to the Court that the Debtor failed to timely respond to the Motion To Dismiss For Failure to Make Payments, filed on or about November 24, 2009, and the Debtor having failed to make said payment.

IT IS ORDERED that this case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ JEFFREY M. KELLNER
_____
 JEFFREY M. KELLNER  0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Copies To: 07-35262

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JOHN JACKSON JR.<br>4988 DAYTON-LIBERTY ROAD<br>DAYTON, OH  45418 | DARYL R DOUPLE<br>130 W 2ND ST<br>SUITE 1900<br>DAYTON, OH  45402 | (38.1n)<br>JP MORGAN CHASE BANK NA<br>ATTN BANKRUPTCY DEPARTMENT<br>BOX 24603<br>COLUMBUS, OH  43219 |
| (47.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 | (48.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 | (49.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>130 CORPORATE BLVD<br>NORFOLK, VA  23502 |
| (39.1n)<br>RECOVERY MGT SYS CORP<br>ATTN RAMESH SINGH BK SPECIALIS<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131 | (36.1n)<br>STEPHEN J MORIARTY<br>ANDREWS DAVIS<br>100 NORTH BROADWAY SUITE 3300<br>OKLAHOMA CITY, OK  73102 | |

0735262_155_201001070832_774/T296_ss
###